FILED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

MAY 0 6 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
    vs.                      )  No.        1:25CR67SNLJ-ACL
                             )
KEVIN A. WARE,               )
                             )
            Defendant.       )

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Christopher C. Shelton, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate Judge pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with making a false statement during the purchase of a firearm, in violation of Title 18, United States Code, Section 922(a)(6).

2.      Pursuant to Title 18, United States Code, Section 3142(g), (a) the weight of the evidence against defendant; (b) defendant's history and characteristics; and (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release, warrant defendant's detention pending trial.

3.      There is a serious risk that the defendant will flee.

4.      The defendant is a threat to the community.

**Offense Conduct**

On January 8, 2025, Demarlon Baker, Latori Greer, and defendant Kevin Ware robbed T&L One Stop in Sikeston, Missouri. Shortly after the robbery, Ware took photos of money spread out on a bed and of money fanned out in his hands. Ware posted the photos in Snapchat group chats and bragged about committing the robbery. Later that same day, Greer, Ware, defendant Lenay Turk, and Turk's boyfriend traveled to Cape Girardeau, Missouri, so Ware could spend some of the proceeds of the robbery on a new gun. Ware initially offered to pay Turk $30 to fill out the required paperwork to complete the transaction and to falsely indicate on the ATF Form 4473 that Turk was the actual buyer. Turk declined Ware's initial offer, and the two eventually settled on a price of $60 to complete the transaction.

The group first went to JSE Surplus in Cape Girardeau to attempt the straw purchase. Both Ware and Greer can be seen on surveillance video displaying large bundles of cash as they shop in the store. While inside the store, Ware took a photo of Glock handguns and posted the photo to a Snapchat group chat and indicated that he was getting a new Glock handgun. Turk tried to buy a firearm for Ware, but an employee of JSE Surplus refused to complete the transaction.

Next, the group went to Shooter's Gun Store in Cape Girardeau. Employees there also refused to complete the transaction.

Finally, the group went to Rural King in Cape Girardeau. Rural King is a federally licensed firearms dealer. Inside, Ware pointed out the Glock pistol with high-capacity magazine that he wanted Turk to purchase for him and handed Turk the money. Turk filled out the required paperwork to complete the transaction and falsely claimed on the ATF 4473 that she was the

actual buyer. While Turk was filling out the paperwork, Ware took photos of Turk and posted the photos to Snapchat group chats and bragged about having Turk put the gun in her name. One minute after the straw purchase was completed, Ware took photos of the Glock pistol with high-capacity magazine sitting in his lap and posted those photos to Snapchat group chats. The serial number is clearly visible in the photos, and the location data associated with the photos indicate they were taken outside Rural King.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

CHRISTOPHER C. SHELTON, #71169MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736
christopher.shelton4@usdoj.gov